In the Matter of the Claim of GOLDA PLATO, Respondent, against UNITED STATES LIGHT AND HEAT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Probate of the Last Will and Testament of GERTRUDE N. DODGE, Deceased.— Decree unanimously affirmed, with costs against the appellant, on the authority of Matter of Baldwin (216 App. Div. 111; affd., 243 N. Y. 646); Matter of Cottrell (95 id. 329). Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Probate of the Last Will and Testament of GEORGE SIDNEY MALLERY, Deceased.— Decree so far as appealed from unanimously affirmed, with costs to the special guardian against the appellant. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

VILLAGE OF CHATEAUGAY, Appellant, Respondent, v. CHASM POWER COMPANY, Respondent, Appellant.— Order unanimously affirmed. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

LYMAN H. BEVANS, Appellant, v. THEODOSSI D. JOMOPOULOS, Respondent.— Order modified by providing that the judgment shall stand as security in the action, and as so modified unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.